UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. DOLAN,

        Plaintiff,                           CASE NO.  05-CV-74708

-vs-                                   PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

COMMISSIONER OF SOCIAL
SECURITY,                           MONA K. MAJZOUB
                                       UNITED STATES MAGISTRATE JUDGE

        Defendant.

_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**
**AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

        Before the Court is the Magistrate Judge's February 5, 2007 Report and Recommendation**:**

(1) Denying Plaintiff's Motion for Summary Judgment and (2) Granting Defendant's Motion for

Summary Judgment. (Docket No. 26). Neither party has filed timely objections under 28 U.S.C. §

636(b)(1) and Local Rule 72.1(d)(2). Having reviewed the Magistrate Judge's conclusions of fact

and discussion of law, the Court hereby:

        (1)     **ACCEPTS** the Magistrate Judge's Report and Recommendation;

        (2)     **DENIES** Plaintiff's Motion for Summary Judgment; and

        (3)     **GRANTS** Defendant's Motion for Summary Judgment.

**SO ORDERED.**

                                   s/Paul D. Borman
                                   PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
March 14, 2007.


                              s/Denise Goodine
                              Case Manager